UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>GABRIEL RIVERA-INFANTE,<br><br>                              Defendant. | Case No.:  14-CR-3250-GPC<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE**<br><br>[ECF No. 27] |

On March 20, 2015, Gabriel Rivera-Infante ("Defendant") was sentenced to a custodial term of 18 months for a conviction of importation of heroin. (ECF No. 25.) In 2014, the United States Sentencing Commission promulgated Amendment 782 ("Drugs Minus 2"), which, effective November 1, 2014, lowered the base offense levels for most drug quantities in USSG § 2D1.1(c), and made this change retroactive via Amendment 788. *See also* USSG § 1B1.10(c).

On June 26, 2015, Defendant, proceeding pro se, filed a Motion for Reduction of Sentence under 18 U.S.C. § 3582(c).  (ECF No. 27.) The government filed an opposition on June 30, 2015. (ECF No. 29).

Defendant Rivera-Infante is not eligible to receive a sentence reduction because his

original sentence was calculated using the Sentencing Guidelines as amended November 1, 2014. Accordingly, the Court **DENIES** Defendant's Motion for Reduction of Sentence (ECF No. 27).

**IT IS SO ORDERED.**

Dated:  October 30, 2015

Hon. Gonzalo P. Curiel
United States District Judge